## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DAVID HATCHIGIAN,     :   No. 659 MAL 2020

       Petitioner     :

       :   Petition for Allowance of Appeal

       :   from the Order of the Superior Court

       v.     :

STEIN & TROIANI, A PROFESSIONAL     :
CORPORATION,     :

       Respondent     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.